## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 23-187 |
| THOMAS LAMBERT | : | |

### ORDER

**AND NOW**, this 18th day of October, 2024, upon consideration of Defendant Thomas Lambert's Motion to Suppress (ECF No. 25), the Government's Response in Opposition to the Motion (ECF No. 35), and all documents, testimony, exhibits, and arguments submitted in support thereof and in opposition thereto, it is hereby **ORDERED** Defendant's Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*

**R. BARCLAY SURRICK, J.**